AARON D. FORD
  Attorney General
LAURA M. GINN, Bar No. 8085
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: lginn@ag.nv.gov

*Attorneys for Defendant*
*Stephen Clark*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEODIAS EDWARDS,<br><br>                 Plaintiff,<br><br>v.<br><br>S. CLARK, et al.,<br><br>                 Defendants | Case No. 3:19-cv-00554-RCJ-WGC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT STIPULATION AND PROPOSED ORDER FOR DISMISSAL** |

       Defendant Stephen Clark, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Laura M. Ginn, Deputy Attorney General, hereby file this Motion for Extension of Time to file Settlement Stipulation and Proposed Order for Dismissal as Ordered by this Court in ECF No. 9. This Motion is based on Federal Rule of Civil Procedure 6(b)(1), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

## MEMORANDUM OF POINTS AND AUTHORITIES

       Defendant respectfully requests this short extension to file the stipulation of dismissal as Plaintiff Leodias Edwards (Edwards) has yet to respond to counsel's numerous requests for a signature. The Settlement and Stipulation was sent to Edwards on May 6 and May 20, 2021. On May 24, Edwards returned the Settlement and Stipulation without his signature, questions, or notations. On May 25 and again on June 1, 2021, the Settlement and Stipulation was sent to Edwards. It is unclear to Defendant whether Edwards intends to sign the stipulation, has questions about the settlement

agreement, or otherwise intends to continue participating in this matter. Defendants thus request a short extension to file either a stipulation of dismissal or motion to enforce the settlement agreement.

Federal Rule of Civil Procedure 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Good cause exists to extend the time to file the Settlement Stipulation and Proposed Order to give Edwards additional time to review and sign the Settlement and Stipulation. Counsel again contacted Edwards and indicated if he did not return the stipulation by June 8, 2021, counsel would move to enforce the settlement.

For the above reasons, Defendant respectfully requests an extension to file the Settlement Stipulation and Proposed Order with a new deadline to and including **June 16, 2021**.

DATED this 2nd day of June, 2021.

AARON D. FORD
Attorney General

By: /s/ *Laura M. Ginn*
LAURA M. GINN, Bar No. 8085
Deputy Attorney General

*Attorneys for Defendant*

IT IS SO ORDERED.

DATED: June 3, 2021

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

2