AARON D. FORD
  Attorney General
LAURA M. GINN, Bar No. 8085
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1120
E-mail: lginn@ag.nv.gov

*Attorneys for Defendant*
*Stephen Clark*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEODIAS EDWARDS,<br><br>                      Plaintiff,<br><br>v.<br><br>S. CLARK, et al.,<br><br>                      Defendants | Case No. 3:19-cv-00554-RCJ-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED by and between Leodias Edwards, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Laura Ginn, Deputy Attorney General, based upon the Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///

\* \* \*

DATED this 28th day of May, 2021.

[signatures]

LEODIAS EDWARDS
Plaintiff, *Pro Se*

DATED this 15th day of June, 2021.

AARON D. FORD
Attorney General

By: [signature]
LAURA GINN, Bar No. 8085
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

[signature]
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 17, 2021

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 15th day of June, 2021, I caused a copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Leodias Edwards, #25155
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada  89419

*/s/ Connie R. Snow*
An employee of the
Office of the Attorney General